JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Boston    **Category No.** III    **Investigating Agency** ATF

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number  24-mj-4365-DHH
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☐ No

**Defendant Information:**

**Defendant Name** Tyrone Brimage    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name:** _____

**Address:** _____

**Birth date (Yr only):** 1996    **SSN (last 4#):** 8733    **Sex:** M    **Race** Black    **Nationality:** _____

**Defense Counsel if known:** Aviva Jeruchim    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Lucy Sun/ Phil C. Cheng    **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes  ☑ No    **List language and/or dialect:** _____

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** 8/29/2024

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☑ On Pretrial Release:    Ordered by: Judge David H. Hennessy    on 8/29/2024

**Charging Document:**    ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 1/16/2025    **Signature of AUSA:** _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** Tyrone Brimage

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1344 | Bank Fraud | 1 |
| Set 2 | 18 U.S.C. § 1344 | Bank Fraud | 2 |
| Set 3 | 18 U.S.C. § 1343 | Wire Fraud | 3 |
| Set 4 | 18 U.S.C. § 1343 | Wire Fraud | 4 |
| Set 5 | 18 U.S.C. § 1343 | Wire Fraud | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**